# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

JOHN VITALICH,

    Appellant,

  v.

THE BANK OF NEW YORK MELLON, FKA BANK OF NEW YORK,

    Appellee.

Case No. 16-cv-00420-BLF

**ORDER GRANTING APPELLANT'S REQUEST FOR AN EXTENSION OF TIME TO FILE OPENING BRIEF ON APPEAL; AND MODIFYING BRIEFING SCHEDULE**

[Re: ECF 5]

Appellant John Vitalich, proceeding pro se, seeks a thirty-day extension of time to file his opening brief on appeal from an order of the Bankruptcy Court. Appellant's request is GRANTED and Court hereby MODIFIES the briefing schedule on the appeal as follows:

(1) Appellant's opening brief shall be filed and served on or before March 30, 2016;

(2) Appellee's response brief shall be filed and served within thirty days after service of Appellant's brief; and

(3) Appellant's reply brief shall be filed and served within fourteen days after service of Appellee's brief.

**IT IS SO ORDERED.**

Dated: February 29, 2016

_____
BETH LABSON FREEMAN
United States District Judge