United States District Court
Northern District of California

1

2

3              **UNITED STATES DISTRICT COURT**

4              **NORTHERN DISTRICT OF CALIFORNIA**

5              **SAN JOSE DIVISION**

6

7    JOHN VITALICH,                              Case No.  16-cv-00420-BLF

                    Appellant,

8
          v.
9                                                **ORDER GRANTING APPELLANT'S**
                                                 **SECOND REQUEST FOR AN**
10   THE BANK OF NEW YORK MELLON,                **EXTENSION OF TIME TO FILE**
     FKA BANK OF NEW YORK,                       **OPENING BRIEF ON APPEAL**

11                  Appellee.                     [Re:  ECF 11]

12

13

14         Appellant John Vitalich, proceeding pro se, seeks a thirty-day extension of time to file his

15   opening brief on appeal from an order of the Bankruptcy Court.  Appellant's request is

16   GRANTED.  Appellant's opening brief shall be filed and served on or before April 29, 2016.

17

18         **IT IS SO ORDERED.**

19

20   Dated:  April 1, 2016

21                                               _____
                                                 BETH LABSON FREEMAN
22                                               United States District Judge

23

24

25

26

27

28